UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-21429-CIV-MORENO

MICHELLE GLENN,

    Plaintiff,

vs.

CITY OF MIAMI,

    Defendant.

_____/

### ORDER DENYING AS MOOT MOTION TO DISMISS

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss (**D.E. 6**), filed on **May 5, 2021**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as moot in view of the Plaintiff's filing of an Amended Complaint. Defendant may respond to the Amended Complaint by June 3, 2021.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th of May 2021.

*Federico A. Moreno*
_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record