UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL DIVISION

CASE NO.: 21-CV-21429-FAM

MICHELLE GLENN,

   Plaintiff(s),

 vs.

CITYOF MIAMI AND MARIO
NUÑEZ,

   Defendant(s).

_____/

**JOINT NOTICE OF SETTLEMENT AND PLAINTIFF'S VOLUNTARY DISMISSAL**

  The PARTIES, MICHELLE GLENN, CITY OF MIAMI, and MARIO NUNEZ, by and through undersigned counsel, hereby file notice of settlement and the Plaintiff's voluntary dismissal for this case.

Respectfully submitted on this 13th day of December, 2021.

| | |
|---|---|
| CAROLINE MILLER | VICTORIA MÉNDEZ, City Attorney |
| The Derek Smith Law Group | KEVIN R. JONES, |
| 701 Brickell Ave | Division Chief for Labor & Employment, |
| Suite 1310 | STEPHANIE K. PANOFF, Assistant City |
| MIAMI, FL 33131 | **Attorneys for City of Miami** |
| **Attorney for the Plaintiff** | 444 S.W. 2nd Avenue, Suite 945 |
| Tel.: (305) 946-1884 | Miami, FL 33130-1910 |
| caroline@dereksmithlaw.com | Tel.: (305) 416-1800 |
| | Fax: (305) 416-1801 |
| | Email: skpanoff@miamigov.com, krjones@miamigov.com |
| | Secondary Email: smfernandez@miamigov.com |
| By: _/s/ *Caroline Miller*_____ | By: _/s/ *Stephanie K. Panoff*_____ |
| Caroline Miller | Stephanie K. Panoff |
| Florida Bar No.  1012331 | Florida Bar No. 69214 |

JOSE TEURBE-TOLON, ESQ.
Xander Law Group, P.A.
One N.E. 2nd Avenue, Suite 200
Miami, FL 33132
Telephone: (305) 767-2001
Facsimile: (855) 926-3370
jose@xanderlaw.com
service@xanderlaw.com
**Attorney for Mario Nunez**

By:  _/s/ **_Jose Teurbe- Tolon_**
       Jose Teurbe-Tolon
       Florida Bar No. 87791

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on December 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:  _/s/ **_Stephanie K. Panoff_**_____
       Stephanie K. Panoff
       Florida Bar No. 69214